SLIP OPINION

Cite as 2016 Ark. 56

# SUPREME COURT OF ARKANSAS

**No.** D-16-43

| | |
|---|---|
| IN RE JOE THOMAS LYNCH, ARKANSAS BAR NO. 88132 | **Opinion Delivered** February 11, 2016 <br><br> PETITION TO SURRENDER ARKANSAS LAW LICENSE <br><br><br> <u>GRANTED</u>. |

## PER CURIAM

On recommendation of the Supreme Court Committee on Professional Conduct, we hereby accept the voluntary surrender, in lieu of probable disbarment, of the law license of Joe Thomas Lynch of Hot Springs, Arkansas. In his petition to voluntarily surrender his license, filed on January 15, 2016, Mr. Lynch acknowledges that the Committee voted to initiate disbarment proceedings in two separate cases. He believes the Committee could produce sufficient proof in both cases, and that a trier of fact could find he violated the Arkansas Rules of Professional Conduct. Mr. Lynch also states that he wishes to avoid the expense, stress, and publicity of further addressing these matters.

The name of Joe Thomas Lynch shall be removed from the registry of attorneys licensed by the State of Arkansas, and he is barred and enjoined from engaging in the practice of law in this state.

It is so ordered.